IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CATHY JONES-RILEY, an individual,

    Plaintiff,

v.

HEWLETT PACKARD COMPANY, a corporation; MARGO WATSON, an individual,

    Defendants.[*]

2:13-cv-00125-GEB-EFB

ORDER CONTINUING STATUS (PRETRIAL SCHEDULING) CONFERENCE

       The Joint Status Report filed March 11, 2013 ("JSR") reveals this case is not ready to be scheduled.

       Plaintiff states in the JSR that she "anticipates amending her Complaint following resolution of the EEOC's investigation into [her] allegations . . . to include a cause of action for discrimination under Title VII." (JSR 2:3-5, ECF No. 8.) However, Plaintiff provides no information concerning when she intends to seek the referenced amendment. "Parties anticipating possible amendments . . . have an unflagging obligation to alert the Rule 16 scheduling judge of the . . . timing of such anticipated amendments in their status reports so that the judge can consider whether such amendments may properly be sought solely under the Rule 15(a) standard, and whether structuring discovery pertinent to the parties' decision whether to amend is feasible."

---

    [*] The caption has been amended according to the Dismissal of Doe Defendants portion of this Order.

1

Jackson v. Laureate, Inc., 186 F.R.D. 605, 608 (E.D. Cal. 1999) (internal quotation marks omitted). Therefore, the Status (Pretrial Scheduling) Conference scheduled for hearing on April 1, 2013, is continued to April 15, 2013, at 9:00 a.m. A further joint status report shall be filed no later than fourteen (14) days prior to the Status Conference.

Further, Does 1 through 20 are dismissed since Plaintiff has not justified Does remaining in this action. See Order Setting Status (Pretrial Scheduling) Conference filed January 23, 2013, at 2 n.2 (indicating that if justification for "Doe" defendant allegations not provided Doe defendants would be dismissed).

IT IS SO ORDERED.

Dated: March 27, 2013

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge